# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS Fund, et. al.<br>v.<br><br>PRIMO INSTALLATIONS, INC. | Case Number:<br><br>FILED COPY: MAY 23, 2008<br>08CV3019   EDA<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

| |
|---|
| NAME (Type or print)<br>Daniel P. McAnally |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ DANIEL P. McANALLY |
| FIRM<br>WHITFIELD McGANN & KETTERMAN |
| STREET ADDRESS<br>111 E. WACKER DRIVE, SUITE 2600 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205288 | 312-251-9700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐