UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Chicago Regional Council of Carpenters Pension Fund, et al.

　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03019

　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Primo Installations, Inc.

　　　　　　　　　　　　　　　　　　Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

　　MINUTE entry before the Honorable Ronald A. Guzman:Defendant not in court. Status hearing held on 7/23/2008. Status hearing set for 8/5/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.