IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMO INSTALLATIONS, INC.<br><br>Defendant. | Case No. 08 CV 3019<br><br>Judge Guzman |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on May 23, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, PRIMO INSTALLATIONS, INC., in the sum of **$18,085.25** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (12/07 - 06/07) | $11,867.95 |
| b) | Interest on ERISA Contributions | $110.63 |
| c) | Liquidated Damages (08/07 - 06/07) | $2,938.49 |
| d) | Union Dues (03/07 - 06/07) | $768.18 |
| e) | Attorney Fees and Costs | $2,400.00 |
| | **TOTAL** | **$18,085.25** |

ENTERED:

*(signature)*
RONALD A. GUZMAN
UNITED STATES DISTRICT JUDGE

DATED: 8/5/08